UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 4:23cr35-12 |
| | ) | |
| ROBERT JONES | ) | |

## ORDER

Based upon the motion of the defense counsel, and for good cause shown therein, and pursuant to the defense counsel motion for a leave of absence is approved for the following dates:

**July 17 through July 27   2026**
**November 30 through December 4  2026**

**SO ORDERED**, this____8th____day of July, 2026

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA